# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| Michelle Dawn Corbin ) | Case No. 18-22064-RDB |
| ) | |
| Debtor. ) | |

## DEBTOR'S OBJECTION TO CLAIM NO. 9

COME NOW the Debtor, by and through her attorney, Sarah A. Sypher of Sypher Law, LLC, and objects to the allowance of the above claim as filed. Debtor asks that the Court treat said claim as follows:

1. On 10/4/2018, Debtor filed a Chapter 13 Bankruptcy.

2. On 11/28/2018 Creditor Capital One Auto Finance filed secured proof of claim #9.

3. The 2009 Nissan Maxima securing the claim was repossessed by the lender prior to the commencement of the case.

4. Debtor objects to the secured proof of claim and ask that it be disallowed entirely.

WHEREFORE, the Debtor prays the foregoing claim be allowed as set forth above.

Dated December 4, 2018.

                                                      Respectfully submitted,

/s/ Sarah A. Sypher
Sarah A. Sypher - KS Bar # 21993
Sypher Law, LLC
11011 King St., Ste. 220
Overland Park, KS 66210
(913) 451-8833/(913) 451-8843 (Fax)
Email: ecf@sypherlaw.com
Attorney for Debtor

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| Michelle Dawn Corbin ) | Case No. 18-22064-RDB |
| Debtor. ) | |

## NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING ON DEBTOR'S OBJECTION TO CLAIM NO. 9

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **January 4, 2019**, the Court will enter an order prepared and submitted by movant within ten (10) days of the objection deadline and no hearing will be held.

If you file a timely objection, a <u>nonevidentiary hearing</u> will be held before the U.S. Bankruptcy Court, Room 151, 500 State Avenue, Kansas City, Kansas 66101, on **January 15, 2019 at 9:30 a.m.**, or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

/s/ Sarah A. Sypher
Sarah A. Sypher - KS Bar # 21993
Sypher Law, LLC
11011 King St., Ste. 220
Overland Park, KS 66210
(913) 451-8833 / (913) 451-8843 (Fax)
Email: ecf@sypherlaw.com
Attorney for Debtor

## CERTIFICATE OF MAILING

I do hereby certify that, on December 4, 2018, I deposited in the first class United States mail, postage prepaid, a copy of the foregoing Notice of Nonevidentiary Hearing with an attached copy of the pleading addressed to the following parties of interest:

Michelle Dawn Corbin
15432 West 128th Street
Olathe, KS 66062

AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118

I also certify that the U.S. Trustee, ustpregion20.wi.ecf@usdoj.gov, and the Standing Chapter 13 Trustee, William H. Griffin, ecfgriff@13trusteekc.com, are being served electronically on the same date this pleading is being filed.

/s/ Sarah A. Sypher
   Sarah A. Sypher

2