**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 10th day of January, 2019.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| Michelle Dawn Corbin | )     Case No. 18-22064-RDB |
| | ) |
| Debtor. | ) |

### ORDER GRANTING DEBTOR'S OBJECTION TO CLAIM NO. 9

**THIS MATTER** comes on for consideration upon the above-named Debtor's Objection to Claim No. 9 filed by Capital One Auto Finance.

Notice With Opportunity for Hearing on the Debtor's objection was properly given, and no timely objection/response was filed, and no hearing was held on the matter.

**IT IS THEREFORE BY THE COURT ORDERED** that the Claim #9 shall be disallowed, and not owed by Debtor.

### ###

3

SUBMITTED BY:

/s/Sarah A. Sypher
Sarah A. Sypher - KS Bar # 21993
Sypher Law, LLC
11011 King St., Ste. 220
Overland Park, KS  66210
(913) 451-8833
(913)  451-8843 (Fax)
Email: ecf@sypherlaw.com
Attorney for Debtor


APPROVED BY:

/s/ William H. Griffin
William H. Griffin
Chapter 13 Trustee
5115 Roe Blvd., Suite 200
Roeland Park, KS 66205
(913) 677-1311
E-mail: ecfgriff@13trusteekc.com
Standing Trustee

4