**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 6th day of February, 2019.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS AT KANSAS CITY

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Michelle Dawn Corbin a/k/a Michelle Dawn King, *Debtor* | ) | |
| | ) | Case No. 18-22064-rdb |
| Capital One Auto Finance, a division of Capital One, N.A., *Moving Creditor* | ) | |
| | ) | Chapter: 13 |
| | ) | |
| vs. | ) | |
| | ) | |
| Michelle Dawn Corbin a/k/a Michelle Dawn King, *Debtor* | ) | |
| | ) | |
| and | ) | |
| | ) | |
| William H. Griffin, *Trustee* | ) | |
| | ) | |

### ORDER GRANTING RELIEF FROM STAY

Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Order Modifying Automatic Stay having been filed and presented to the Court, and upon due consideration of said motion and notice having been given to the proper parties and no objections having been filed the Court hereby finds that said Motion should be, and is, hereby sustained; it is therefore

**ORDERED** that the automatic stay imposed by Section 362 of the Bankruptcy Code be, and the same hereby is, modified for the purpose of allowing Capital One Auto Finance, a division of Capital One, N.A. to sell the 2009 Nissan Maxima, VIN 1N4AA51EX9C805238 in accordance with applicable

United States Bankruptcy Court
District of Kansas
In re: Capital One Auto Finance, a division of Capital One, N.A. v. Michelle Dawn Corbin
Case No. 18-22064-rdb
Chapter 13
Order Granting Relief From Stay
Page 2

state law, and to exercise any and all rights provided under non-bankruptcy law as set forth in the

Contract and Security Agreement granting it an interest in said collateral.

**IT IS THEREFORE BY THE COURT ORDERED** that any secured claim of Creditor, as it

relates to the collateral described in this order is disallowed as a claim herein, without prejudice to

any funds which may have been paid prior to stay modification. After liquidation of the collateral

Creditor may file an unsecured claim for any deficiency amount. If the amended deficiency claim is

not filed before distribution has begun to other general unsecured creditors, then the deficiency claim

may not be paid a dividend in parity with other general unsecured creditors.

**IT IS SO ORDERED.**

###

SOUTHLAW, P.C.
/s/ Michael P Gaughan_____
Michael P Gaughan (MBE #31121; EDMO #93625; KSFd #70120)
Wendee Elliott-Clement (MBE #50311; KS #20523)
13160 Foster Suite 100
OVERLAND PARK, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
Mike.gaughan@southlaw.com
**ATTORNEYS FOR MOVANT**

/S/ WILLIAM H GRIFFIN_____
William H. Griffin
5115 Roe Blvd., Ste. 200
Roeland Park, KS 66205-2393
**TRUSTEE**

File No. 217337
Case No: 18-22064-rdb  Case 18-22064    Doc# 30    Filed 02/06/19    Page 2 of 2